# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136685

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                               SC: 136685
                                               COA: 281950

RASHAWN JAMARR PARRIS,
     Defendant-Appellant.
                                               Jackson CC: 05-007227-FH

_____/

On order of the Court, the application for leave to appeal the April 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

d0915